# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2225 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 119 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 57554 |
| DAVID G. BUTTERWORTH, | : | |
| Respondent | : | (Delaware County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 1st day of December, 2015, upon consideration of the Verified Statement of Resignation, David G. Butterworth is disbarred on consent from the Bar of the Commonwealth of Pennsylvania in accordance with Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).